IN THE UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nicholas N. Brown, | ) | C/A No. 2:25-cv-03343-DCN-MHC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS TROOPER GREEN,** |
| Versus | ) | **SOUTH CAROLINA DEPARTMENT OF** |
| | ) | **PUBLIC SAFETY, AND CHARLESTON** |
| Trooper Hunter Green individually and in his | ) | **COUNTY DETENTION CENTER'S** |
| official capacity; South Carolina Department | ) | **MOTION FOR EXTENSION OF TIME TO** |
| of Public Safety (SCDPS); South Carolina | ) | **FILE RESPONSIVE PLEADINGS AND** |
| Department of Motor Vehicles (SCDMV); | ) | **RESPOND TO PLAINTIFF'S PENDING** |
| Charleston County Detention Center, | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| Defendants. | ) | |

COME NOW DEFENDANTS Trooper Hunter Green individually and in his official capacity, South Carolina Department of Public Safety, and "Charleston County Detention Center" (hereinafter collectively referred to as "these Defendants"), by and through their undersigned attorneys, and move this Court for an Order pursuant to Local Civil Rule 6.01 extending the time to June 6, 2025, for these Defendants to file an Answer to Plaintiff's Complaint (ECF No. 1) or otherwise plead, and respond to Plaintiff's Motion for Summary Judgment (ECF No. 7). Pursuant to Local Rule 7.04, a supporting memorandum is not required as a full explanation of the motion is contained within this motion.

The basis for these Defendants' Motion for Extension of Time, is that the undersigned counsel was recently retained to represent these Defendants, and these Defendants require additional materials and information in order to prepare an answer to Plaintiff's Complaint or otherwise plead, as well as additional time to prepare a response to Plaintiff's Motion for Summary Judgment.

[*Signature on following page*]

1

Respectfully submitted,

**BUYCK LAW FIRM, LLC**
P.O. Box 2424
Mt. Pleasant, SC  29465-2424
Telephone: (843) 377-1400
Facsimile: (843) 284-8105
Email:  jeffrey@buyckfirm.com

s/ *Jeffrey H. Lappin*
Hugh W. Buyck (Fed. ID #6099)
Nina L. Savas (Fed ID # 14246)
Jeffrey H. Lappin (Fed. ID 13568)

Attorneys for Defendants Trooper Hunter Green individually and in his official capacity, South Carolina Department of Public Safety, and "Charleston County Detention Center"

May 9, 2025
Mt. Pleasant, South Carolina

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing was served on each party or counsel of record by ☒ mailing, ☐ emailing, ☒ e-filing, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

Copy mailed to:

Nicholas N. Brown
3128 Terry Drive
North Charleston, SC 29405

This 9th day of May 2025.

*s/Jeffrey H. Lappin*