# CERTIFICATE OF SERVICE



I hereby certify that a true and correct copy of the foregoing **Letter to The Court Regarding ADA Rights and Veteran Status** was served on all parties listed below on this 22 day of May, 2025, via U.S. Mail, postage prepaid Certified:

**Andrew F Lindman, Esq.**

**Lindman Law Firm, LLC**

**P.O. Box 6923**

**Columbia, SC 29260**

**(Counsel for SCDMV)**

**Jeffrey L. Buyck, Esq.**

**Buyck Law Firm, LLC**

**P.O. Box 2424**

**Mt. Pleasant, SC 29465**

**Email: jeffrey@buyckfirm.com**

**(Counsel for Charleston County Detention Center, SCDPS, and Trooper Hunter Green)**

**NICHOLAS N. BROWN**

Pro Se Plaintiff